IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2006 DEC 20 A 9: 29

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Shearton Jerome Smith )
Full name and prison number )
of plaintiff(s) )
 )
v. Alabama Department of Correction )   CIVIL ACTION NO. 2:06-CV-1127-WKW
Officer William )   (To be supplied by Clerk of
 )   U.S. District Court)
_____ )
_____ )
_____ )
_____ )
_____ )
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the )
persons.) )

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court
        dealing with the same or similar facts involved in this
        action?  YES (  )  NO ( ✓ )

    B.  Have you begun other lawsuits in state or federal court
        relating to your imprisonment?  YES (  )  NO ( ✓ )

    C.  If your answer to A or B is yes, describe each lawsuit
        in the space below.  (If there is more than one lawsuit,
        describe the additional lawsuits on another piece of
        paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff(s) _____

            _____

            Defendant(s) _____

            _____

        2.  Court (if federal court, name the district; if
            state court, name the county) _____

            _____

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT  *15B/cell #22 Segregation*

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED *INST: 41 Easterling Correction Facility*

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME *CoI*   ADDRESS *First Shift*
1. *Officer William*   *Easterling Correction Facility*
2. _____
3. _____
4. _____
5. _____
6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED *December 4th of 2006.*

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: *Alabama Department of Correction Officer were in Disorderly Conduct*

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

10:15 AM. 5B/cell #22 spilling juice inside my cell; while serving me my lunch. (Intenionaly Officer-William COI) Disrupting Chow; First Shift (Lunch)

GROUND TWO: Alabama Department of Correction Officer; Assault on Inmate

SUPPORTING FACTS: 10:23 AM 5B/cell #22 close-ing my tray service in my face while trying to get medical attention from when shackles cut my ancle on my morning exerciser walk. Refuse to get inmate medical attention. Officer-William COI

GROUND THREE: _____

SUPPORTING FACTS: _____
3

VI.   STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I would like to make a Law Suit; and for the court to get me out of lock up; I have more Law Suit(s).

_S. J. Smith_
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on _December 4, 2006_.
(Date)

_S. J. Smith_
Signature of plaintiff(s)

4