AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT
**Middle** District of **Alabama**

RECEIVED
2006 DEC 20 A 9:29
[ACKETT, CL]
[DISTRICT COURT]
MIDDLE DISTRICT ALA

**Shearton J. Smith**
Plaintiff

v.

**Alabama Dept of Corrections, et al**
~~Macon Circuit Court~~
Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: **2:06-CV-1127-WKW**
**036 Robbery 1**

I, **Shearton J. Smith**, declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant    ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☒ Yes   ☐ No   (If "No," go to Part 2)

   If "Yes," state the place of your incarceration **Easterling Correction Facility**

   Are you employed at the institution? **No**   Do you receive any payment from the institution? **No**

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six months'** transactions.

2. Are you currently employed?   ☐ Yes   ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. **It's been 6 years or more since I had a wages job; I think it was Youngs Plant Farm. Opalika, Al. Wages $0-$0**

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | |
   |---|---|---|
   | a. Business, profession or other self-employment | ☐ Yes | ☒ No |
   | b. Rent payments, interest or dividends | ☐ Yes | ☒ No |
   | c. Pensions, annuities or life insurance payments | ☐ Yes | ☒ No |
   | d. Disability or workers compensation payments | ☐ Yes | ☒ No |
   | e. Gifts or inheritances | ☒ Yes | ☐ No |
   | f. Any other sources | ☒ Yes | ☐ No |

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

O 240 Reverse (Rev. 10/03)

1 Source: Gifts Birthday and Holiday's) Amount: 25 to 50 $ or more
Family and Friends                                  Continue: The Same Amount

2 Source: Visit Fund to eat) Amount: 25 to 50 $ or more
Every month or two                                  Continue: The Same Amount

4. Do you have **any** cash or checking or savings accounts?   ☑ Yes   ☐ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☑ Yes   ☐ No

   If "Yes," describe the property and state its value. 1978 4 door Cadilac Fleet Wood Value. From 1,200 to 1,500 Runs Good. Silver Rope chain and charm Black Bible Holy Silver link chain and charm CD's and CD player Clothing and Shoes Time watches and Jordan Colone inside my automobile and more. Tuskegee Police Department. Value $400 to $500 or more

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. Daughter Name Dashuniquewa A. Smith Contribute Support. $ What i can; When i can. I don't have a job; So i do the best that i can do to be Successful as a father can be.

I declare under penalty of perjury that the above information is true and correct.

December 4th 2006            S. J. Smith          SS #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
         Date                    Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

```
NOV. 20, 2006           USER: SARA P FAULK                              INMACI
        INMATE ACCOUNT INFORMATION FROM OCT. 01, 2006 THRU NOV. 20, 2006

   AIS#:   211796    NAME: SMITH, SHERATON JERO      CURRENT BAL:     $63.98

                                                                        AMOUNT
DATE OF     PREVIOUS   TRANS.   NAME OF              TYPE OF    TRANS.  DEDUCTED
TRANS.      BALANCE    NUMBER   SENDER/PAYEE         TRANS.     AMOUNT
----------------------------------------------------------------------------
                    END OF DATA ON SMITH, SHERATON JERO




                        PRESS ENTER TO CONTINUE

NOV. 20, 2006           USER: SARA P FAULK                              INMACI
        INMATE ACCOUNT INFORMATION FROM OCT. 01, 2005 THRU SEP. 30, 2006

   AIS#:   211796    NAME: SMITH, SHERATON JERO      CURRENT BAL:     $63.98

                                                                        AMOUNT
DATE OF     PREVIOUS   TRANS.   NAME OF              TYPE OF    TRANS.  DEDUCTED
TRANS.      BALANCE    NUMBER   SENDER/PAYEE         TRANS.     AMOUNT
----------------------------------------------------------------------------
10/05/2005    $0.19    000193   ESTELLA CARLIS       MISC. DEP  $25.00   $0.00
10/06/2005   $25.19    001520   PMOD ACCOUNT         CANTEEN SL $24.26    N/A
10/07/2005    $0.93    001864   PMOD ACCOUNT         CANTEEN SL  $0.24    N/A
10/24/2005    $0.69    001103   TAWANDA DENISE SMIT  MISC. DEP  $50.00   $0.00
10/24/2005   $50.69    005986   PMOD ACCOUNT         CANTEEN SL  $0.24    N/A
10/25/2005   $50.45    006110   PMOD ACCOUNT         CANTEEN SL  $6.18    N/A
10/26/2005   $44.27    006527   PMOD ACCOUNT         CANTEEN SL $24.89    N/A
10/26/2005   $19.38    006712   PMOD ACCOUNT         CANTEEN SL  $2.12    N/A
10/27/2005   $17.26    006944   PMOD ACCOUNT         CANTEEN SL  $1.35    N/A
10/28/2005   $15.91    007252   PMOD ACCOUNT         CANTEEN SL  $6.42    N/A
10/29/2005    $9.49    007316   PMOD ACCOUNT         CANTEEN SL  $3.56    N/A
11/01/2005    $5.93    007523   PMOD ACCOUNT         CANTEEN SL  $2.58    N/A
11/01/2005    $3.35    007740   PMOD ACCOUNT         CANTEEN SL  $0.86    N/A

                     MORE TRANSACTIONS ON FILE

                        PRESS ENTER TO CONTINUE

NOV. 20, 2006           USER: SARA P FAULK                              INMACI
        INMATE ACCOUNT INFORMATION FROM OCT. 01, 2005 THRU SEP. 30, 2006

   AIS#:   211796    NAME: SMITH, SHERATON JERO      CURRENT BAL:     $63.98

                                                                        AMOUNT
DATE OF     PREVIOUS   TRANS.   NAME OF              TYPE OF    TRANS.  DEDUCTED
TRANS.      BALANCE    NUMBER   SENDER/PAYEE         TRANS.     AMOUNT
----------------------------------------------------------------------------
11/03/2005    $2.49    008296   PMOD ACCOUNT         CANTEEN SL  $1.25    N/A
                                                     CANTEEN SL  $0.73    N/A
```

| DATE | PREVIOUS BALANCE | TRANS. NUMBER | NAME OF SENDER/PAYEE | TYPE OF TRANS. | TRANS. AMOUNT | AMOUNT DEDUCTED |
|---|---|---|---|---|---|---|
| 11/07/2005 | | | | | | N/A |
| 11/08/2005 | $30.51 | 009226 | PMOD ACCOUNT | CANTEEN SL | $4.00 | N/A |
| 11/09/2005 | $30.27 | 000655 | ICF-PICTURE TICKET | MISC. WDRL | $18.16 | N/A |
| 11/09/2005 | $26.27 | 009861 | PMOD ACCOUNT | CANTEEN SL | $2.73 | N/A |
| 11/09/2005 | $8.11 | 010011 | PMOD ACCOUNT | CANTEEN SL | $2.11 | N/A |
| 11/10/2005 | $5.38 | 010059 | PMOD ACCOUNT | CANTEEN SL | $0.62 | N/A |
| 11/10/2005 | $3.27 | 010256 | PMOD ACCOUNT | CANTEEN SL | $1.49 | N/A |
| 11/11/2005 | $2.65 | 010365 | PMOD ACCOUNT | CANTEEN SL | $0.99 | N/A |
| 11/12/2005 | $1.16 | 010543 | PMOD ACCOUNT | CANTEEN SL | | |
| 12/05/2005 | $0.17 | 002898 | ESTELLA CARLIS | MISC. DEP | $25.00 | $0.00 |
| 12/06/2005 | $25.17 | 016215 | PMOD ACCOUNT | CANTEEN SL | $7.32 | N/A |

MORE TRANSACTIONS ON FILE

PRESS ENTER TO CONTINUE

NOV. 20, 2006        USER: SARA P FAULK                INMACI
INMATE ACCOUNT INFORMATION FROM OCT. 01, 2005 THRU SEP. 30, 2006

AIS#:   211796    NAME: SMITH, SHERATON JERO    CURRENT BAL:    $63.98

| DATE OF TRANS. | PREVIOUS BALANCE | TRANS. NUMBER | NAME OF SENDER/PAYEE | TYPE OF TRANS. | TRANS. AMOUNT | AMOUNT DEDUCTED |
|---|---|---|---|---|---|---|
| 12/07/2005 | $17.85 | 016573 | PMOD ACCOUNT | CANTEEN SL | $5.94 | N/A |
| 12/08/2005 | $11.91 | 017126 | PMOD ACCOUNT | CANTEEN SL | $1.53 | N/A |
| 12/08/2005 | $10.38 | 017327 | PMOD ACCOUNT | CANTEEN SL | $5.11 | N/A |
| 12/10/2005 | $5.27 | 017735 | PMOD ACCOUNT | CANTEEN SL | $2.44 | N/A |
| 12/11/2005 | $2.83 | 018056 | PMOD ACCOUNT | CANTEEN SL | $1.04 | N/A |
| 12/12/2005 | $1.79 | 018281 | PMOD ACCOUNT | CANTEEN SL | $0.50 | N/A |
| 12/13/2005 | $1.29 | 018506 | PMOD ACCOUNT | CANTEEN SL | $0.67 | N/A |
| 12/14/2005 | $0.62 | 019108 | PMOD ACCOUNT | CANTEEN SL | $0.48 | N/A |
| 12/21/2005 | $0.14 | 003967 | ESTELLA CARLIS | MISC. DEP | $20.00 | $0.00 |
| 12/21/2005 | $20.14 | 021023 | PMOD ACCOUNT | CANTEEN SL | $19.98 | N/A |
| 12/27/2005 | $0.16 | 022346 | PMOD ACCOUNT | CANTEEN SL | $19.98- | N/A |
| 12/27/2005 | $20.14 | 022486 | PMOD ACCOUNT | CANTEEN SL | $8.78 | N/A |
| 12/28/2005 | $11.36 | 022565 | PMOD ACCOUNT | CANTEEN SL | $4.78 | N/A |

MORE TRANSACTIONS ON FILE

PRESS ENTER TO CONTINUE

NOV. 20, 2006        USER: SARA P FAULK                INMACI
INMATE ACCOUNT INFORMATION FROM OCT. 01, 2005 THRU SEP. 30, 2006

AIS#:   211796    NAME: SMITH, SHERATON JERO    CURRENT BAL:    $63.98

| DATE OF TRANS. | PREVIOUS BALANCE | TRANS. NUMBER | NAME OF SENDER/PAYEE | TYPE OF TRANS. | TRANS. AMOUNT | AMOUNT DEDUCTED |
|---|---|---|---|---|---|---|
| 12/28/2005 | $6.58 | 022986 | PMOD ACCOUNT | CANTEEN SL | $0.96 | N/A |
| 12/29/2005 | $5.62 | 023185 | PMOD ACCOUNT | CANTEEN SL | $0.48 | N/A |
| 01/11/2006 | $5.14 | 001686 | VIS DT: 01/05/2006 | MED. COPAY | $3.00 | N/A |
| 02/10/2006 | $2.14 | 035329 | PMOD ACCOUNT | CANTEEN SL | $1.29 | N/A |
| 02/12/2006 | $0.85 | 035894 | PMOD ACCOUNT | CANTEEN SL | $0.24 | N/A |
| 02/15/2006 | $0.61 | 006927 | PEGGY ANN SMITH | MISC. DEP | $50.00 | $0.00 |
| 02/16/2006 | $50.61 | 037414 | PMOD ACCOUNT | CANTEEN SL | $0.40 | N/A |
| 02/17/2006 | $50.21 | 037995 | PMOD ACCOUNT | CANTEEN SL | $14.17 | N/A |
| 02/19/2006 | $36.04 | 038398 | PMOD ACCOUNT | CANTEEN SL | $8.55 | N/A |
| 02/21/2006 | $27.49 | 038803 | PMOD ACCOUNT | CANTEEN SL | $0.50 | N/A |
| 02/22/2006 | $26.99 | 039054 | PMOD ACCOUNT | CANTEEN SL | $14.81 | N/A |
| 02/22/2006 | $12.18 | 039108 | PMOD ACCOUNT | CANTEEN SL | $5.95 | N/A |
| 02/22/2006 | $6.23 | 039381 | PMOD ACCOUNT | CANTEEN SL | $2.50 | N/A |

MORE TRANSACTIONS ON FILE

```
NOV. 20, 2006              USER: SARA P FAULK                              INMACI
         INMATE ACCOUNT INFORMATION FROM OCT. 01, 2005 THRU SEP. 30, 2006

   AIS#:   211796     NAME: SMITH, SHERATON JERO      CURRENT BAL:      $63.98

DATE OF      PREVIOUS     TRANS.    NAME OF              TYPE OF     TRANS.      AMOUNT
TRANS.       BALANCE      NUMBER    SENDER/PAYEE         TRANS.      AMOUNT      DEDUCTED
--------------------------------------------------------------------------------------------
02/24/2006   $3.73        040112   PMOD ACCOUNT         CANTEEN SL   $3.35       N/A
02/27/2006   $0.38        040361   PMOD ACCOUNT         CANTEEN SL   $0.90-      N/A
03/04/2006   $1.28        042079   PMOD ACCOUNT         CANTEEN SL   $0.24       N/A
03/06/2006   $1.04        042381   PMOD ACCOUNT         CANTEEN SL   $0.24       N/A
03/06/2006   $0.80        042652   PMOD ACCOUNT         CANTEEN SL   $0.24       N/A
03/08/2006   $0.56        008008   ESTELLA CARLIS       MISC. DEP    $20.00      $0.00
03/08/2006   $20.56       008071   PEGGY ANN SMITH      MISC. DEP    $25.00      $0.00
03/27/2006   $45.56       008989   PEGGY ANN SMITH      MISC. DEP    $45.56      $0.00
04/19/2006   $91.12       055856   PMOD ACCOUNT         CANTEEN SL   $40.54      N/A
04/19/2006   $50.58       055897   PMOD ACCOUNT         CANTEEN SL   $0.24       N/A
04/20/2006   $50.34       056104   PMOD ACCOUNT         CANTEEN SL   $2.52       N/A
04/22/2006   $47.82       056618   PMOD ACCOUNT         CANTEEN SL   $2.60       N/A
04/24/2006   $45.22       056880   PMOD ACCOUNT         CANTEEN SL   $2.33       N/A

        MORE TRANSACTIONS ON FILE

             PRESS ENTER TO CONTINUE


NOV. 20, 2006              USER: SARA P FAULK                              INMACI
         INMATE ACCOUNT INFORMATION FROM OCT. 01, 2005 THRU SEP. 30, 2006

   AIS#:   211796     NAME: SMITH, SHERATON JERO      CURRENT BAL:      $63.98

DATE OF      PREVIOUS     TRANS.    NAME OF              TYPE OF     TRANS.      AMOUNT
TRANS.       BALANCE      NUMBER    SENDER/PAYEE         TRANS.      AMOUNT      DEDUCTED
--------------------------------------------------------------------------------------------
04/25/2006   $42.89       056968   PMOD ACCOUNT         CANTEEN SL   $2.59       N/A
04/26/2006   $40.30       057436   PMOD ACCOUNT         CANTEEN SL   $15.77      N/A
04/26/2006   $24.53       057641   PMOD ACCOUNT         CANTEEN SL   $8.47       N/A
05/03/2006   $16.06       058870   PMOD ACCOUNT         CANTEEN SL   $6.37       N/A
05/03/2006   $9.69        059186   PMOD ACCOUNT         CANTEEN SL   $0.52       N/A
05/05/2006   $9.17        059538   PMOD ACCOUNT         CANTEEN SL   $0.52       N/A
05/05/2006   $8.65        059752   PMOD ACCOUNT         CANTEEN SL   $4.49       N/A
05/07/2006   $4.16        060110   PMOD ACCOUNT         CANTEEN SL   $1.14       N/A
05/08/2006   $3.02        060405   PMOD ACCOUNT         CANTEEN SL   $2.60       N/A
05/27/2006   $0.42        065885   PMOD ACCOUNT         CANTEEN SL   $0.24       N/A
06/06/2006   $0.18        012240   ESTELLA CARLIS       MISC. DEP    $30.00      $0.00
06/07/2006   $30.18       068179   PMOD ACCOUNT         CANTEEN SL   $19.53      N/A
06/07/2006   $10.65       068314   PMOD ACCOUNT         CANTEEN SL   $6.44       N/A

        MORE TRANSACTIONS ON FILE

             PRESS ENTER TO CONTINUE


NOV. 20, 2006              USER: SARA P FAULK                              INMACI
         INMATE ACCOUNT INFORMATION FROM OCT. 01, 2005 THRU SEP. 30, 2006

   AIS#:   211796     NAME: SMITH, SHERATON JERO      CURRENT BAL:      $63.98

DATE OF      PREVIOUS     TRANS.    NAME OF              TYPE OF     TRANS.      AMOUNT
TRANS.       BALANCE      NUMBER    SENDER/PAYEE         TRANS.      AMOUNT      DEDUCTED
--------------------------------------------------------------------------------------------
06/09/2006   $4.21        068781   PMOD ACCOUNT         CANTEEN SL   $3.42       N/A
06/21/2006   $0.79        072687   PMOD ACCOUNT         CANTEEN SL   $0.67       N/A
07/06/2006   $0.12        013822   PEGGY ANN SMITH      MISC. DEP    $20.00      $0.00
                                   TALIANDA DENISE SMIT MISC. DEP    $35.00      $0.00
```

END OF DATA ON SMITH, SHERATON JERO

PRESS ENTER TO CONTINUE

09/07/2006   Case 2:06-cv-01127-WKW-TFM   Document 2   Filed 12/20/2006   Page 6 of 6   $0.00
END OF DATA ON SMITH, SHERATON JERO