```
                    STATE OF ALABAMA
                 DEPARTMENT OF CORRECTIONS
                 EASTERLING CORR FACILITY
                        RECEIVED

AIS #: 211796    NAME: SMITH, SHERATON JEROME        AS OF: 12/31/2006
                              2007 JAN 18  A 9:51
                  # OF       AVG DAILY              MONTHLY
         MONTH    DAYS       BALANCE                DEPOSITS
```

ADOC, et al.,

| MONTH | # OF DAYS | AVG DAILY BALANCE | MONTHLY DEPOSITS |
|---|---|---|---|
| JAN | 31 | $3.10 | $0.00 |
| FEB | 28 | $10.31 | $50.00 |
| MAR | 31 | $42.84 | $90.56 |
| APR | 30 | $68.00 | $0.00 |
| MAY | 31 | $2.28 | $0.00 |
| JUN | 30 | $1.67 | $30.00 |
| JUL | 31 | $45.32 | $55.00 |
| AUG | 31 | $53.98 | $0.00 |
| SEP | 30 | $61.98 | $10.00 |
| OCT | 31 | $63.98 | $0.00 |
| NOV | 30 | $63.98 | $0.00 |
| DEC | 31 | $55.72 | $0.00 |

Dec  31        $63.98        $63.98 Current Balance

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
HOLMAN CORRECTIONAL FACILITY

AIS #: 211796   NAME: SMITH,SHERATON JEROME   AS OF: 01/12/2007

ADoC, et al.,

| MONTH | # OF DAYS | AVG DAILY BALANCE | MONTHLY DEPOSITS |
|---|---|---|---|
| JAN | 19 | $0.00 | $0.00 |
| FEB | 28 | $0.00 | $0.00 |
| MAR | 31 | $0.00 | $0.00 |
| APR | 30 | $0.00 | $0.00 |
| MAY | 31 | $0.00 | $0.00 |
| JUN | 30 | $0.00 | $0.00 |
| JUL | 31 | $0.00 | $0.00 |
| AUG | 31 | $0.00 | $0.00 |
| SEP | 30 | $0.00 | $0.00 |
| OCT | 31 | $0.00 | $0.00 |
| NOV | 30 | $0.00 | $0.00 |
| DEC | 31 | $0.00 | $0.00 |
| JAN | 12 | $29.66 | $63.98 |

Jan 03   $63.98   $63.98 Current Balance
Jan 04   $46.04   $0.00
Jan 10   $25.65   $0.00   Current Balance
Jan 05   $25.65   $25.00
Jan 05   $25.65   $25.00
                  $40.00 Not Posted

RECEIVED 2007 JAN 18 A 9:51
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA