IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

SHERATON JEROME SMITH,     *
#211 796
    Plaintiff,     *

v.     *     2:06-CV-1127-WKW

ALABAMA DEPARTMENT OF     *
CORRECTIONS, *et al*.,
    *
    Defendants.

_____

**ORDER**

For good cause, it is

ORDERED that the court's February 22, 2007 order (Doc. No. 6) be and is hereby WITHDRAWN.

Done, this 23rd day of February 2007.

            /s/ Terry F. Moorer
            TERRY F. MOORER
            UNITED STATES MAGISTRATE JUDGE