3-8-07
Sheraton Smith
AIS #211796  M-30

2007 MAR 12  A 9:38

P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

2.06CV1127-WKW

To: Judge
Terry F. Moorer

### III  Conclusion

Accordingly, it is the Recommendation of the Magistrate Judge that this case be Dismissed with prejudice prior to service of process pursuant to the provision of 28 U.S.C. § 1915(e)(2)(B).

### Objections

### I. Facts

Smith intelligence finds incorrect information of tha facts that was capitalized in Plaintiffs alleging facts of constitutional rights of law. Smith V. Alabama Dept. of Correction. CV 1127 (2007) 28 U.S.C. § 1915(e)(2)(B).

### II. Discussion Objection

ii Ankle Injury

Smith intelligence revealed that Plaintiffs constitutional right of law are deprived of failure to provide adequate medical treatment of an physical leg iron control that cut Plaintiff ankle skin into the flesh of tha white meat. Smith V. Alabama Dept. of Correction. CV 1127 (2007) 28 U.S.C. § 1915(e)(2)(B).



To: Clerk
P.O. Box 711
Montgomery, Ala. 36101

U.S.C.M.
Legal Mail

Mr. Sheraton Smith
AIS #211796 M-30
Holman Corr. Facility
Holman 3700
Atmore, Ala. 36503