IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SHERATON JEROME SMITH, #211796, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:06-cv-1127-WKW |
| | ) (WO) |
| ALABAMA DEPT. OF CORRECTIONS, *et al.*, | ) |
| Defendants. | ) |

## **ORDER**

On March 1, 2007, the Magistrate Judge filed a Recommendation (Doc. # 8) in this case. The plaintiff timely filed an objection. (Doc. # 9.) Upon an independent and de novo review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that:

1. The Recommendation of the Magistrate Judge (Doc. # 8) is ADOPTED;

2. The objection (Doc. # 9) is OVERRULED; and

2. This action is DISMISSED with prejudice.

An appropriate judgment will be entered.

DONE this the 30th day of April, 2007.

           /s/ W. Keith Watkins
           UNITED STATES DISTRICT JUDGE